No. 23-1010

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Appeal from the Northern District |
| | ) | of Illinois, Eastern Division |
| vs. | ) | No. 18 CR 789 |
| | ) | Honorable Steven C. Seeger, |
| **DENY MITROVICH,** | ) | Judge Presiding. |
| | ) | |
| Defendant-Appellant. | ) | |

**MOTION TO APPOINT ATTORNEY**

Now comes Vadim A. Glozman and hereby respectfully moves this Honorable Court enter an ordering appointing him, and his associate attorney, Matthew P. Kralovec, as attorneys for defendant-appellant Deny Mitrovich pursuant to the Criminal Justice Act ("CJA"). In support the following is offered:

1. Mr. Mitrovich retainer the undersigned to represent him in federal courst.

2. After the District Court denied Mr. Mitrovich's Motion to Dismiss or in the Alternative Suppress Evidence, Mr. Mitrovich entered a voluntary plea of guilty and was sentenced to a term of 84 months' imprisonment on December 19, 2022. A timely notice of appeal was filed on January 2, 2023.

3. On the same day, January 2, 2023, Mr. Mitrovich filed a Motion for Permission to Appeal *In Forma Pauperis* and to Appoint Counsel. The motion was supported by a financial affidavit signed by Mr. Mitrovich. On January 11, 2023, the District Court granted Mr. Mitrovich's Motion for Permission to Appeal *In Forma*

*Pauper*, but denied without prejudice, the undersigned request to be appoint as the appellate attorney for the instant matter. The District Court reasoned that it did not believe it had jurisdiction to grant such a request.

4. Now, the undersigned submits the same request to this Honorable Court: to be appoint as counsel for defendant-appellant Deny Mitrovich pursuant to the CJA. The undersigned believes that Mr. Mitrovich has a merit-based appeal and believes Mr. Mitrovich would benefit from having continuity of counsel who is familiar with the underlying facts of the Motion to Dismiss or in the Alternative to Suppress Evidence. The undersigned has discussed the instant request with Mr. Mitrovich, who indicated he has no issue with the undersigned representing him in his appeal. The undersigned respectfully asks that this Honorable Court also appoint his associate attorney, Matthew P. Kralovec, pursuant to the CJA in an effort to assist with the appeal

5. Should this Honorable Court deny the instant request, the undersigned respectfully request that this Court withdraw his appearance, as he was not retained to represent Mr. Mitrovich for this appeal and Mr. Mitrovich does not have the necessary funds to do so, and to appoint another attorney pursuant to the CJA to represent Mr. Mitrovich.

Wherefore, for the foregoing reasons, Vadim Glozman respectfully requests this Honorable Court to appoint him, and his associate, Matthew P. Kralovec, as the attorneys of record, pursuant to the CJA, for defendant-appellant Deny Mitrovich.

Respectfully Submitted,

*/s/ Vadim A. Glozman*

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com

No. 23-1010

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff-Appellee, | ) | Appeal from the Northern District |
| | ) | of Illinois, Eastern Division |
|   vs. | ) | No. 18 CR 789 |
| | ) | Honorable Steven C. Seeger, |
| DENY MITROVICH, | ) | Judge Presiding. |
| | ) | |
|     Defendant-Appellant. | ) | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 11, 2023, I electronically filed the foregoing Motion to Appoint Counsel for Defendant-Appellant with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the CM/ECF system.

                                                                          s/Vadim A. Glozman

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com