**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                 Case No.: 1:18−cr−00789
                                                 Honorable Steven C. Seeger

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Deny Mitrovich: Defendant's motion for permission to appeal in forma pauperis (Dckt. No. [156]) is hereby granted in part and denied in part. Based on the application and the supporting affidavit, the Court concludes that Defendant is unable to pay the filing fee. The Court concludes that the appeal is made in good faith. See 28 U.S.C § 1915(a)(3). The request to appoint counsel is denied. A district court does not appoint appellate counsel. See Smith v. Dumyhan, 2018 WL 10705127, at *1 (N.D. Ill. 2018); United States v. Duett, 2018 WL 11276812, at *2 (N.D. Ill. 2018); Williams v. Lane, 1988 WL 142202, at *1 (N.D. Ill. Dec. 28, 1988). A request for appointed counsel on appeal must be made directly to the Court of Appeals. Mailed notice (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.