# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 13, 2023

*By the Court*:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 23-1010                  v.<br><br>DENY MITROVICH,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:18-cr-00789-1<br>]<br>] Gary Feinerman,<br>]    Judge. |

    This matter comes before the court for its consideration of attorney Vadim A. Glozman's **MOTION TO APPOINT ATTORNEY**, filed on January 11, 2023. Upon consideration thereof,

    **IT IS ORDERED** that the Motion to Appoint is **GRANTED** in part to the extent that Vadim A. Glozman, LAW OFFICES OF VADIM A. GLOZMAN, 53 W. Jackson Boulevard, Chicago, IL 60604, vg@glozmanlaw.com, is appointed to represent defendant-appellant Deny Mitrovich pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.