# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 17, 2023

*By the Court:*

| No. 23-1010 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  DENY MITROVICH, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cr-00789-1  Northern District of Illinois, Eastern Division  District Judge Gary Feinerman ||

On January 11, 2023, the District Court granted the defendant's motion to proceed on appeal in forma pauperis. Accordingly,

**IT IS ORDERED** that briefing in this appeal will now proceed as follows:

1. The brief and required short appendix of the appellant are due by February 16, 2023.

2. The brief of the appellee is due by March 20, 2023.

3. The reply brief of the appellant, if any, is due by April 10, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)