No. 23-1010

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff-Appellee,** | ) | Appeal from the Northern District |
| | ) | of Illinois, Eastern Division |
| vs. | ) | No. 18 CR 789 |
| | ) | Honorable Steven C. Seeger, |
| **DENY MITROVICH,** | ) | Judge Presiding. |
| | ) | |
| **Defendant-Appellant.** | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE TRANSCRIPT
INFORMATION SHEET**

Now comes the defendant-appellant, Deny Mitrovich, by and through his undersigned attorney, and respectfully moves this Honorable Court to extend the time within which to file the transcript information sheet. In support, the following is offered:

1. On January 13, 2023, this Honorable Court appointed the undersigned, pursuant to the Criminal Justice Act, to represent Mr. Mitrovich.

2. That same day, the undersigned used the Northern District of Illinois' online portal to order the necessary transcripts for the appeal. The undersigned also emailed a copy of the transcript information sheet to Judge Feinerman's (who has since left the bench) court reporter.

3. As of the date of this filing, the undersigned has not received a signed transcript information sheet back from the court reporter.

4.　　Additional time is needed to comply with this Court's order for a transcript information sheet.

Wherefore, for the reasons stated above, the defendant-appellant, Deny Mitrovich, respectfully moves this Honorable Court to extend the time within which to file the transcript information sheet.

Respectfully Submitted,

*/s/ Vadim A. Glozman*

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com

No. 23-1010

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Appeal from the Northern District |
| | ) | of Illinois, Eastern Division |
| vs. | ) | No. 18 CR 789 |
| | ) | Honorable Steven C. Seeger, |
| **DENY MITROVICH,** | ) | Judge Presiding. |
| | ) | |
| Defendant-Appellant. | ) | |

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I electronically filed the foregoing Motion for Extension of Time To File Transcript Information Sheet with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the CM/ECF system.

s/Vadim A. Glozman

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com