# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 19, 2023

*By the Court:*

| No. 23-1010 | UNITED STATES OF AMERICA, Plaintiff - Appellee v. DENY MITROVICH, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cr-00789-1 Northern District of Illinois, Eastern Division District Judge Gary Feinerman ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE TRANSCRIPT INFORMATION SHEET**, filed on January 18, 2023, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The appellant shall file the transcript information sheet by February 2, 2023.


form name: **c7_Order_BTC**    (form ID: **178**)