No. 23-1010

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff-Appellee,** ) | Appeal from the Northern District |
| ) | of Illinois, Eastern Division |
| vs. ) | No. 18 CR 789 |
| ) | Honorable Steven C. Seeger, |
| **DENY MITROVICH,** ) | Judge Presiding. |
| ) | |
| **Defendant-Appellant.** ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Now comes the defendant-appellant, Deny Mitrovich, by and through his undersigned attorney, and respectfully moves this Honorable Court to extend the time within which to file his opening brief by ninety (90) days. In support, the following is offered:

1.  On December 19, 2022, the District Court sentenced Mitrovich to 84 months' incarceration. A timely notice of appeal was filed. The case was docketed in this Court on January 4, 2023.

2.  The undersigned was appointed to represent Mitrovich pursuant to the Criminal Justice Act on January 13, 2023. Four days later, on January 17, 2023, this Court set the deadline to file Mitrovich's opening brief for February 16, 2023.

3.  After an initial extension, the transcript information sheet was filed with this Court on February 2, 2023. As of the filing of this motion, the undersigned is still waiting to receive the requested transcripts that are necessary to review for

this appeal. The transcripts are necessary to identify any and all potential issues with the imposed denial of Mitrovich's Motion to Dismiss or Alternatively Suppress Evidence and, potentially, his sentence.

4. Additionally, the undersigned was recently hired to help with a jury trial currently pending in the Northern District of Illinois, in the matter of *United States v. Shah, et al*, Case No. 19 CR 864. The jury trial began on January 24, 2023 and is expected to last approximately fourteen (14) weeks. Due to the scheduling of this trial, additional time is necessary to adequately prepare the arguments that will be raised in his appeal.

5. The undersigned and his associate are simultaneously working on several other filings for pending cases in district court.

6. The main issue in this appeal, regarding the government's failure to comply with the District Court's order compelling discovery is novel and an issue of first impression in this Circuit, particularly as it relates to joint investigations with foreign investigating agencies. More time is needed to prepare the opening brief effectively and sufficiently regarding this issue.

7. This is the first request for an extension of time to file Mitrovich's opening brief.

Wherefore, for the reasons stated above, defendant-appellant Deny Mitrovich respectfully requests that this Honorable Court extend the deadline for filing his opening brief by 90-days, to May 16, 2023.

                Respectfully Submitted,

                */s/ Vadim A. Glozman*

Vadim A. Glozman
Matthew P. Kralovec
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com

No. 23-1010

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Appeal from the Northern District |
| | ) | of Illinois, Eastern Division |
| vs. | ) | No. 18 CR 789 |
| | ) | Honorable Steven C. Seeger, |
| **DENY MITROVICH,** | ) | Judge Presiding. |
| | ) | |
| Defendant-Appellant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, I electronically filed the foregoing Motion for Extension of Time To File Opening Brief with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the CM/ECF system.

                                                                       s/Vadim A. Glozman

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com