# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 15, 2023

*By the Court:*

| | |
|---|---|
| No. 23-1010 | UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee<br>v.<br>DENY MITROVICH,<br>    Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cr-00789-1<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**, filed on February 14, 2023, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by April 17, 2023.

2. The brief of the appellee is due by May 17, 2023.

3. The reply brief of the appellant, if any, is due by June 7, 2023.

Counsel is reminded that motions for extension of time should include an affidavit. See Cir. R. 26.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).