# No. 23-1010

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| United States of America,      ) | |
| ) | |
| *Plaintiff-Appellee*,      ) | Appeal from the United Stated District |
| ) | Court for the Northern District of |
| vs.      ) | Illinois, Eastern Division |
| ) | |
| Deny Mitrovich      ) | Case No. 18 CR 789 |
| ) | |
| *Defendant-Appellant*.      ) | Honorable Steven C. Seeger |

## DEFENDANT'S SECOND UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE OPENING BRIEF

The Defendant-Appellant, Deny Mitrovich, by and through his undersigned attorneys, Law Offices of Vadim A. Glozman, pursuant to Federal Rule of Appellate Procedure 26 and Seventh Circuit Rule 26, respectfully moves this Honorable Court for a 14-day extension of time, to and including May 1, 2023, to file his opening brief. In support, the Defendant-Appellant offers the attached affidavit of attorney Matthew P. Kralovec.

Respectfully submitted,

s/ Matthew P. Kralovec
Matthew P. Kralovec
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
P: (312) 726-9015
*Counsel for Defendant-Appellant*

United States of America       )
                                )  SS
Northern District of Illinois   )

# AFFIDAVIT

I, Matthew P. Kralovec, swear and affirm the following:

1. On December 19, 2022, the District Court sentenced Mr. Mitrovich to 84 months incarceration. He filed a timely notice of appeal. His case was docketed in this Court on January 4, 2023.

2. Currently, Mr. Mitrovich's opening brief is due on April 17, 2023.

3. This appeal presents a novel issue about joint international investigations and complex law enforcement software. The District Court proceedings addressed cooperation between domestic and international law enforcement agencies, and included communications sent between them. The parties also litigated the technical details of software used by the agencies to identify individuals.

4. In the proceedings below, the District Court compelled the government to disclose material concerning both the international investigation and the software used by law enforcement. Some of this material came from foreign countries. The government obtained a protective order covering this information. The motions addressing these details were also filed under seal.

5. Mr. Mitrovich's opening brief is substantially completed. However, the parties are now conferring to see if portions of his brief may need to be redacted. The

1

government has conveyed that some of the material may constitute sensitive foreign law enforcement information.

6. The parties need more time to confer about the possibility of redacting portions of the brief or to address an alternative solution. The 14-day extension will allow the parties to do so. The extension will also give the parties time to request leave to redact portions of the brief should they find it necessary.

7. This is Defendant's second request for an extension of time.

8. Counsel for Defendant and government are communicating with each other to address this issue. They will work diligently to resolve the matter.

9. For these reasons, Defendant-Appellant Mitrovich requests that this Honorable Court extend the deadline for filing his opening brief 14 days to May 1, 2023.

s/ Matthew P. Kralovec  
Matthew P. Kralovec  
*Counsel for Defendant Appellant*

## CERTIFICATE OF SERVICE

    I, Matthew P. Kralovec, hereby certify that on this, the 13th day of April 2023, I filed the foregoing Unopposed Motion for Extension of Time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

        Respectfully submitted,

        s/ Matthew P. Kralovec
        Matthew P. Kralovec
        LAW OFFICES OF VADIM A. GLOZMAN
        53 W. Jackson Blvd., Suite 1128
        Chicago, IL 60604
        P: (312) 726-9015
        *Counsel for Defendant-Appellant*