# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 4, 2023

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 23-1010    v.<br><br>DENY MITROVICH,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:18-cr-00789-1<br>]<br>] Gary Feinerman,<br>]    Judge. |

O R D E R

The section captioned "Jurisdictional Statement" in appellant's brief does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which provides, in part, that an appellant's brief contain a jurisdictional statement that includes:

> "(C) the filing dates establishing the timeliness of the appeal or petition for review...."

Appellant's jurisdictional statement fails to provide the correct date the notice of appeal was filed. Appellant must provide this information. As the statement currently reads, the appeal is untimely. Accordingly,

IT IS ORDERED that appellant file a paper captioned "Amended Jurisdictional Statement" no later than May 11, 2023 that provides the correct information noted above and otherwise complies with all the requirements of Fed. R. App. P. 28(a)(4) and Circuit Rule 28(a).

IT IS FURTHER ORDERED that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellant's "Amended Jurisdictional Statement" to the assigned merits panel.