No. 23-1010

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| *Plaintiff-Appellee*, | ) | Appeal from the United Stated District |
| | ) | Court for the Northern District of |
| vs. | ) | Illinois, Eastern Division |
| | ) | |
| Deny Mitrovich | ) | Case No. 18 CR 789 |
| | ) | |
| *Defendant-Appellant*. | ) | Honorable Steven C. Seeger |

## AMENDED JURISDICTIONAL STATEMENT

Defendant-Appellant Deny Mitrovich's Opening Brief contained the incorrect date that he filed his notice of appeal. His opening brief mistakenly states that his notice of appeal was filed on January 4, 2023, instead of the actual date it was filed, January 2, 2023. R. 154. He respectfully submits this Amended Jurisdictional Statement:

A grand jury indicted Defendant-Appellant Deny Mitrovich with one count of possessing child pornography, violating 18 U.S.C. § 2252A(a)(5)(B). R. 1. Because he was charged with an offense against the United States, the Northern District of Illinois had jurisdiction under 18 U.S.C. § 3231. After the district court declined to impose sanctions for a discovery dispute, he pled guilty to the one count, preserving the right to appeal the order. R. 129; R. 130.

On December 19, 2022, the district court sentenced Mr. Mitrovich to 84 months imprisonment, entering judgment that same day. R. 152; R. 153. On January 2, 2023, Mr. Mitrovich filed his notice of appeal and docketing statement. R. 154; R. 155. His notice of appeal was thus timely because it was filed within 14 days after judgment was entered. This Court therefore has jurisdiction under 28 U.S.C. § 1291 because this is a timely appeal from a final judgment in a criminal case.

        Respectfully submitted,

        s/ Matthew P. Kralovec
        Matthew P. Kralovec
        LAW OFFICES OF VADIM A. GLOZMAN
        53 W. Jackson Blvd., Suite 1128
        Chicago, IL 60604
        P: (312) 726-9015
        *Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I, Matthew P. Kralovec, hereby certify that on this, the 5th day of May 2023, I filed the foregoing Amended Jurisdictional Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

s/ Matthew P. Kralovec
Matthew P. Kralovec
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
P: (312) 726-9015
*Counsel for Defendant-Appellant*