IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-1010 |
| | ) | |
| Plaintiff-Appellee, | ) | Appeal from the United States |
| | ) | District Court for the |
| v. | ) | Northern District of Illinois, |
| | ) | Eastern Division |
| DENY MITROVICH, | ) | Case No. 18 CR 789 |
| | ) | |
| Defendant-Appellant. | ) | Honorable Gary S. Feinerman |

**GOVERNMENT'S SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Appellate Procedure 26 and Seventh Circuit Rule 26, moves this Court for a 30-day extension of time, to and including July 31, 2023, to file its brief in this case.

In support of this motion, the government incorporates the attached affidavit of Assistant United States Attorney Brian Kerwin.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:    s/ *Brian Kerwin*
        Brian Kerwin
        Assistant United States Attorney
        219 S. Dearborn St.
        Chicago, Illinois 60604
        (312) 886-1328

United States of America　　)
　　　　　　　　　　　　　　)
Northern District of Illinois　)

# AFFIDAVIT

Brian Kerwin, Assistant United States Attorney, deposes and states as follows:

1.　　I am the Assistant United States Attorney who has been assigned to represent the government in *United States v. Deny Mitroich*, Appeal No. 23-1010. Currently, the government's brief is due June 30, 2023. This affidavit is submitted in support of a request that the time for filing the government's brief be extended 30 days, to and including July 31, 2023.

2.　　On March 2, 2022, defendant Deny Mitrovich entered a conditional plea of guilty to one count of possessing child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). In pleading guilty, the defendant preserved his right to appeal the district court's Order of July 7, 2021, which denied the defendant's motion to dismiss the indictment or suppress evidence as a sanction for an alleged discovery violation. Specifically, the defendant's motion argued that foreign law enforcement authorities had discovered the defendant's computer's IP address through a cyber investigative technique that potentially amounted to a search within the meaning of the Fourth Amendments—and which ultimately led to the FBI's discovery of child pornography on hard drives in the defendant's home—and that the

1

government's failure to learn and disclose the details of that technique constituted a sanctionable violation of its discovery obligations under Federal Rule of Criminal Procedure Rule 16 and *Brady v. Maryland*, 373 U.S. 83 (1963). On December 19, 2022, the defendant was sentenced to 84 months' imprisonment.

3.  The defendant's brief originally was due on February 16, 2023. After two extensions, the defendant filed his brief with this Court on May 1, 2023. In his brief, the defendant argues that the district court erred in ruling that he was not entitled to the details of foreign law enforcement's investigatory techniques and that, consequently, no discovery sanction was appropriate.

4.  The issue raised by the defendant necessitates a careful and full review of the record, including various filings in the defendant's criminal case—including separate but related motions to compel and for discovery sanctions—and the district court orders denying the defendant's motions. It likewise requires a comprehensive review of the relevant U.S. Supreme Court, Seventh Circuit, and other Circuits' case law governing the legal questions at issue.

5.  I am new to this case, having recently received this assignment. I did not handle the case in the district court, and I am still getting familiar with the facts and the legal issues involved. In view of my additional responsibilities

as set forth below, I request a second 30-day extension of time which will allow me to fully review the record, research the legal issues raised by the defendant, and draft the government's response to the defendant's challenge.

6.  Before being assigned to the appeal in this matter, I was assigned to approximately eight active cases that are under indictment. My caseload in the district court is substantial. One of the indicted cases for which I am lead chair is *United States v. Cavillo*, et al. (16 CR 463), a case in which 34 defendants have been convicted of participating in a racketeering conspiracy, 11 of whom have sentencing hearings scheduled to occur this summer. Two of my other cases are set for trial this summer and have required—and will continue to require—significant attention. In *United States v. Price* (19 CR 824), a two-day bench trial is scheduled for August 15, 2023. In *United States v. Zajac* (10 CR 376), a four-week jury trial is scheduled to begin August 29, 2023, and more than 50 witness are expected to testify. In addition to these indicted cases, one of my grand jury matters has required much of my time in the past month and necessitates that I devote similar time in the coming month. Additionally, I am assigned to multiple appeals. On May 12, 2023, I filed the government-appellee's brief in *United States v. John Orozco* (Appeal No. 19-2724). I also edited the government-appellee's brief in *United States v. Shazariyah Hibbett* (Appeal No. 22-2715), filed June 5, 2023. I likewise am

assigned to edit the government's briefs in *United States v. Marcos Mendez* (Appeal No. 23-1460), due June 21, 2023, and *United States v. Gustavo Colon* (Appeal No. 23-1318), due July 3, 2023.

7.　　The defendant is in custody serving the 84-month imprisonment term imposed by the district court. Counsel for the defendant does not object to this motion.

8.　　Oral argument has not been scheduled.

9.　　This is the government's second request for an extension of time to file its brief in this case.

10.　　This motion is not brought for the purpose of delay, and I will give due diligence and priority to preparing the government's brief.

s/ Brian Kerwin  
BRIAN KERWIN  
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing Government's Second Unopposed Motion for Extension of Time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        s/ Brian Kerwin
        BRIAN KERWIN
        Assistant United States Attorney
        219 S. Dearborn St.
        Chicago, Illinois 60604
        (312) 886-1328
        Brian.Kerwin@usdoj.gov