**U.S. Department of Justice**

United States Attorney
Northern District of Illinois

Brian Kerwin
Assistant United States Attorney

Dirksen Federal Building
219 South Dearborn Street, Fifth Floor
Chicago, Illinois  60604

July 20, 2023

Christopher G. Conway
Clerk of the United States Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
27th Floor
Chicago, Illinois 60604

Re:   *United States v. Deny Mitrovich*
      USCA No. 23-1010

Dear Mr. Conway:

This letter respectfully requests that the Clerk take into account the schedule of the counsel for the government in setting the oral argument date in this appeal (no date has yet been scheduled).

Counsel for the government respectfully requests that oral argument not be set between September 7 and September 29, 2023, because of a trial in *United States v. Zajac*, 10 CR 376, that is expected to begin on August 29, 2023 and last at least four weeks.  Thank you for your consideration.

Very truly yours,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *Brian Kerwin*
      BRIAN KERWIN
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2023 I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                          s/ *Brian Kerwin*
                                          BRIAN KERWIN
                                          Assistant United States Attorney
                                          219 South Dearborn Street, Fifth Floor
                                          Chicago, Illinois 60604
                                          (312) 886-1328
                                          brian.kerwin@usdoj.gov