# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 21, 2023

*By the Court:*

| No. 23-1010 | UNITED STATES OF AMERICA, Plaintiff - Appellee v. DENY MITROVICH, Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:18-cr-00789-1 Northern District of Illinois, Eastern Division District Judge Gary Feinerman | |

Upon consideration of the **GOVERNMENT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME**, filed on July 20, 2023, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee is due by August 14, 2023.

2. The reply brief of the appellant, if any, is due by September 5, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)