No. 23-1010

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| *Plaintiff-Appellee*, | ) | Appeal from the United Stated District |
| | ) | Court for the Northern District of |
| vs. | ) | Illinois, Eastern Division |
| | ) | |
| Deny Mitrovich | ) | Case No. 18 CR 789 |
| | ) | |
| *Defendant-Appellant*. | ) | Honorable Steven C. Seeger |

## DEFENDANT'S FIRST UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE REPLY BRIEF

The Defendant-Appellant, Deny Mitrovich, through his undersigned attorneys, Law Offices of Vadim A. Glozman, pursuant to Federal Rule of Appellate Procedure 26 and Seventh Circuit Rule 26, respectfully moves this Honorable Court for a 30-day extension of time, to and including October 5, 2023, to file his reply brief. In support, the Defendant-Appellant offers the attached affidavit of attorney Matthew P. Kralovec.

Respectfully submitted,

s/ Matthew P. Kralovec
Matthew P. Kralovec
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
P: (312) 726-9015
*Counsel for Defendant-Appellant*

United States of America ⟩
⟩ SS
Northern District of Illinois ⟩

## AFFIDAVIT

I, Matthew P. Kralovec, swear and affirm the following:

1.      On December 19, 2022, the District Court sentenced Mr. Mitrovich to 84 months incarceration. Mr. Mitrovich filed his opening brief on May 1, 2023. The Government filed its opening brief on August 14, 2023.

2.      Mr. Mitrovich's reply brief is due on September 5, 2023.

3.      The undersigned attorney became infected with COVID-19 shortly after the Government filed its brief. This unforeseen illness has affected the attorney's ability to work and caused delay in preparing Mr. Mitrovich's reply brief.

4.      The undersigned also has another appeal to file during the same period Mr. Mitrovich's Reply Brief is due. *John Larkin v. State of Indiana*, 23A-PC-01081. The demands of that appeal, along with the unexpected illness and the complex issues presented here, have made it difficult to meet the original deadline. The undersigned needs more time to effectively prepare the reply brief.

5.      This is the first request to extend the deadline for the Reply Brief.

6.      The government does not object to the extension.

7.      This request is made in good faith and not for the purpose of delay. The undersigned needs this additional time to ensure that he can effectively address the issues

1

presented in this appeal and provide this Court with a well-reasoned, concise, and

comprehensive reply brief. The undersigned will work diligently to meet the new deadline.

8.     For these reasons, Defendant-Appellant Mitrovich requests that this

Honorable Court extend the deadline for filing his reply brief 30 days to October 5, 2023.


s/ Matthew P. Kralovec
Matthew P. Kralovec
*Counsel for Defendant Appellant*

## CERTIFICATE OF SERVICE

I, Matthew P. Kralovec, hereby certify that on this, the 30th day of August 2023, I filed the above Unopposed Motion for Extension of Time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

s/ Matthew P. Kralovec
Matthew P. Kralovec
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
P: (312) 726-9015
*Counsel for Defendant-Appellant*