**CURRENT COVID-19 COURTROOM PROCEDURES**

1. <u>Self-Certification Regarding COVID-19:</u> By entering the courtroom or any of the court's offices, rooms, or facilities in the Dirksen Courthouse, you certify that:

- If you have recently tested positive for COVID-19, that you have isolated for the requisite 5 days pursuant to applicable CDC guidance, your symptoms are either nonexistent or improving, and you have been fever-free for 24 hours without the use of fever-reducing medication (but see the masking protocol below);
- If unvaccinated, has not within the previous 5 days had known close contact with a person who has COVID-19; and
- You have not within the previous 5 days experienced symptoms consistent with COVID-19, including a temperature of more than 100.4 degrees Fahrenheit, cough, sore throat, shortness of breath, difficulty breathing, chills, muscle or body aches, nausea or vomiting, or new loss of taste or smell.

<u>Attorneys appearing for in-person oral argument:</u> As part of the check-in process in the Clerk's Office, attorneys appearing for in-person argument must sign a statement attesting that they have read and understood this self-certification requirement.

2. <u>Masking:</u> Face masks are not required, except that persons who have tested positive for COVID-19 within the past 6–10 days or have had close contact in the past 5 days with a person who has COVID-19 should follow current masking guidance from the Centers for Disease Control and Prevention.

9/2022 CGC