No. 23-1010

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| *Plaintiff-Appellee*, | ) | Appeal from the United Stated District |
| | ) | Court for the Northern District of |
| vs. | ) | Illinois, Eastern Division |
| | ) | |
| Deny Mitrovich | ) | Case No. 18 CR 789 |
| | ) | |
| *Defendant-Appellant*. | ) | Honorable Steven C. Seeger |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Attorney Matthew P. Kralovec respectfully requests that this Honorable Court grant him leave to withdraw his appearance for Defendant-Appellant Deny Mitrovich. In support, he offers the following:

1.   On January 13, 2023, this Court appointed Attorney Vadim A. Glozman to represent Defendant-Appellant Mitrovich for this appeal. *United States v. Deny Mitrovich*, 23-1010, Doc. 4.

2.   Attorney Kralovec represented Defendant-Appellant Mitrovich as part of his employment with the Law Offices of Vadim A. Glozman. His employment ended on September 15, 2023.

3.   Attorney Kralovec's withdrawal will not cause prejudice here. The Law Offices of Vadim A. Glozman continue to represent Defendant-Appellant and it is working

on his appeal. Defendant-Appellant Mitrovich thus has other counsel who have already filed their appearance on this case.

**WHEREFORE**, Attorney Matthew P. Kralovec respectfully asks that this Court grant him leave to withdraw his appearance as counsel for Defendant-Appellant Deny Mitrovich.

Respectfully submitted,

s/ Matthew P. Kralovec
Matthew P. Kralovec
Matt.kralovec@gmail.com
P: (708) 269-1539


## CERTIFICATE OF SERVICE

I, Matthew P. Kralovec, hereby certify that on this, the 20th day of September 2023, I filed the above Motion to Withdraw with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

s/ Matthew P. Kralovec
Matthew P. Kralovec
Matt.kralovec@gmail.com
P: (708) 269-1539