# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 21, 2023

*By the Court:*

| | |
|---|---|
| No. 23-1010 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>DENY MITROVICH,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:18-cr-00789-1<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman ||

Upon consideration of the **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**, filed on September 20, 2023, by attorney Matthew P. Kralovec,

**IT IS ORDERED** that the motion is **GRANTED** and attorney Matthew P. Kralovec may withdraw from further representation of the appellant in this matter. Attorney Vadim A. Glozman shall continue to serve as counsel of record for the appellant Deny Mitrovich.

form name: **c7_Order_BTC**     (form ID: **178**)