# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 3, 2024

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| | |
|---|---|
| No. 23-1010 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> DENY MITROVICH, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cr-00789-1 <br> Northern District of Illinois, Eastern Division <br> District Judge Gary Feinerman | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                No record to be returned

This notice sent to:
[ ]  United States Probation Officer

form name: **c7_Mandate**    (form ID: **135**)