# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

*[signature]*
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

March 12, 2024

*Before*

KENNETH F. RIPPLE, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 23-1010 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>DENY MITROVICH,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:18-cr-00789-1 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Gary Feinerman ||

The judgment of the District Court is **AFFIRMED**, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)